648 A.2d 776

**Bruce HEIM and Fred Nicholas, t/d/b/a University Carriage House Associates, a Limited Partnership, Petitioners**

v.

**DOX PLANKS OF NORTHEASTERN, PA., a Division of Romani Industries and Romani Industries, Respondents.**

Supreme Court of Pennsylvania.

Oct. 12, 1994.

## *ORDER*

PER CURIAM:

The Petition for Allowance of Appeal is granted. The Order of the Superior Court is affirmed. *See McConnaughey v. Building Components, Inc.,* 536 Pa. 95, 637 A.2d 1331 (1994).

MONTEMURO, J., is sitting by designation.